Rebecca A. Caley (CA Bar No. 131997)
CALEY & ASSOCIATES
A Professional Corporation
265 S. Randolph Avenue, Suite 270
Brea, California 92821-5777
(714) 529-1400 Telephone
(714) 529-1515 Facsimile
rcaley@caleylaw.com
6600-485

Attorneys for Plaintiff,
Mercedes-Benz Financial Services

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

Santa Rosa Division

| | |
|---|---|
| In re<br><br>Dean Gregory Asimos,<br><br>        Debtor.<br>_____<br>Mercedes-Benz Financial Services USA LLC, fka DCFS USA LLC,<br><br>        Plaintiff,<br><br>v.<br><br>Dean Gregory Asimos,<br><br>        Defendant.<br>_____ | Case No. 11-13214-AJ 7<br><br>Chapter 7<br><br>Adv. Case No. 14-01017<br><br><br>PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF REBECCA A. CALEY IN SUPPORT THEREOF<br><br><br>DATE: April 21, 2014<br>TIME: 2:00 p.m.<br>CTRM: Santa Rosa |

    Plaintiff Mercedes-Benz Financial Services USA LLC fka DCFS USA LLC ("Plaintiff") hereby requests the entry of default against defendant Dean Gregory Asimos ("Defendant") and represents the following and submits the Declaration of Rebecca A. Caley in support of its request.

    On January 22, 2014, a Summons and Notice of Scheduling Conference in an Adversary Proceeding was issued by the clerk of this court.

On January 30, 2014, the Summons and Notice of Scheduling Conference, Complaint, and the Bankruptcy Dispute Resolution Program Information Sheet were properly and timely served on Defendant in this adversary proceeding. Service was made within 14 days of the issuance of the Summons. A copy of the Summons/ Certificate of Service and Supplemental Certificate of Service are attached hereto marked as **Exhibits "1" and "2,"** respectively.

The Defendant was required to file an answer, other responsive pleading to the complaint or a motion pursuant to Fed. R. Bankr. P. 7012 on or before February 21, 2014. The Defendant did not file an answer, a motion or other responsive pleading by that date.

The Defendant has not been granted a request for an extension of time to file a responsive pleading.

Therefore, Plaintiff requests that default be entered against the Defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 26, 2014

REBECCA A. CALEY

## DECLARATION OF REBECCA A. CALEY

1. The Defendant is an individual. Service was effected in compliance with Fed. R. Bankr. P. 7004(b)(1).

2. The Defendant is not an infant nor is declarant aware that Defendant is an incompetent person.

3. The declarant is unaware that Defendant is entitled to the benefits of the Servicemembers Civil Relief Act of 2003. (50 App. U.S.C.A. 501, et seq.)

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 26, 2014

REBECCA A. CALEY

Form SUM

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In Re:
Dean Gregory Asimos Debtor(s)

Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC Plaintiff(s)
vs.
Dean Gregory Asimos Defendant(s)

Bankruptcy Case No.: 11-13214
Chapter: 7

Adversary Proceeding No. 14-01017

## SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> United States Bankruptcy Court
> 99 South "E" Street
> Santa Rosa, CA 95404

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Rebecca A. Caley
> Law Offices of Caley and Assoc.
> 265 S Randloph Ave. #270
> Brea, CA 92821-5777

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference of proceeding commenced by filing of the complaint will be held at the following time and place.

**DATE:** April 21, 2014    **TIME:** 02:00 PM

**LOCATION:** U.S. Bankruptcy Court, Courtroom, 99 South E St., Santa Rosa, CA 95404

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV AND THE CLERK'S OFFICE.**



For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Dated: 1/22/14

Wendy Karnes
Deputy Clerk

EXHIBIT "1"

## CERTIFICATE OF SERVICE

I, __Kana I. Law_____ (name), certify that service of this summons and

copy of the complaint *was made __Jan. 30, 2014__ (date) by:

*together with the Bankruptcy Dispute Resolution Program Information
 Sheet (5 pages)

- [x] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

  See attached Service List.

- [ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

- [ ] Residence Service: By leaving the process with the following adult as:

- [ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

- [ ] Publication: The defendant was served as follows: [Describe briefly]

- [ ] State Law: The defendant was served pursant to the laws of State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __Jan. 30, 2014__   Signature __Kana I. Law__
                                    Kana I. Law
           Print Name: _____
           Business Address: __265 S. Randolph Avenue, Suite 270__
                             __Brea, CA  92821-5777__

## SERVICE LIST

### DEBTOR/DEFENDANT
Dean Gregory Asimos
340 Lorton Avenue, #215
Burlingame, CA  94010

### DEBTOR'S ATTORNEY
Scott J. Sagaria
Joseph Angelo
Law Offices of Scott J. Sagaria
333 W. San Carlos Street, #620
San Jose, CA  95110

### CHAPTER 7 TRUSTEE
Timothy W. Hoffman, Trustee
PO Box 1761
Sebastopol, CA  95473

### U.S. TRUSTEE
Office of the U.S. Trustee/SR
235 Pine Street, Suite 700
San Francisco, CA  94104

```
 1  Rebecca A. Caley (CA Bar No. 131997)
    CALEY & ASSOCIATES
 2  A Professional Corporation
    265 S. Randolph Avenue, Suite 270
 3  Brea, California 92821-5777
    (714) 529-1400 Telephone
 4  (714) 529-1515 Facsimile
    rcaley@caleylaw.com
 5    6600-485

 6  Attorneys for Plaintiff,
    Mercedes-Benz Financial Services
 7

 8

 9              UNITED STATES BANKRUPTCY COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    Santa Rosa Division

12

13  In re                      )  Case No. 11-13214-AJ 7
                                )
14  Dean Gregory Asimos,        )  Chapter 7
                                )
15                              )  Adv. Case No. 14-01017
              Debtor.           )
16  _____)
                                )
17  Mercedes-Benz Financial Services USA )  SUPPLEMENTAL CERTIFICATE
    LLC, fka DCFS USA LLC,      )  OF SERVICE OF SUMMONS AND
18                              )  COMPLAINT ON DEFENDANT
              Plaintiff,        )
19                              )
         v.                     )
20                              )  DATE:  April 21, 2014
    Dean Gregory Asimos,        )  TIME:  2:00 p.m.
21                              )  CTRM:  Santa Rosa
              Defendant.        )
22  _____)

23

24  STATE OF CALIFORNIA

25  COUNTY OF ORANGE

26       I am employed in the County of Orange, State of California.  I am over the age of

27  18 years and not a party to the within action; my business address is 265 S. Randolph

28  Avenue, Suite 270, Brea, California  92821-5777.
```

EXHIBIT "2"

On **January 31, 2014**, I served the foregoing documents described as:

1) Summons and Notice of Scheduling Conference in an Adversary Proceeding;
2) Complaint to Determine Dischargeability of Debt;
3) Bankruptcy Dispute Resolution Program Information Sheet;
4) Supplemental Certificate of Service of Summons and Complaint on Defendant;

on Defendant in this action by placing a true copy thereof enclosed in a sealed envelope, first class postage fully prepaid and addressed as follows, since mail previously sent to the Defendant at the petition address of 340 Lorton Avenue, #215, Burlingame, CA 94010, was returned by the Postmaster marked: "Not deliverable as addressed, unable to forward:"

DEFENDANT
Dean Gregory Asimos
1040 E. MacArthur Street
Sonoma, CA 95476
PERSONAL AND CONFIDENTIAL

A copy of the Supplemental Certificate of Service was additionally served on the following parties:

DEBTOR'S ATTORNEY
Scott J. Sagaria
Law Offices of Scott J. Sagaria
333 W. San Carlos Street, #1700
San Jose, CA 95110

CHAPTER 7 TRUSTEE
Timothy W. Hoffman, Trustee
PO Box 1761
Sebastopol, CA 95473

U.S. TRUSTEE
Office of the U.S. Trustee/SR
235 Pine Street, Suite 700
San Francisco, CA 94104

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Brea, California,

in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **January 31, 2014**, at Brea, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of this court at whose direction the service was made.

_Kana I. Law_            _/s/ Kana I. Law_