# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re
Dean Gregory Asimos,                    Bankruptcy Case No.  11-13214-AJ
            Debtor(s),

Mercedes-Benz Financial Services        Adversary Case No.   14-1017
USA LLC fka/DCFS USA,

            Plaintiff(s),

vs.

Dean Gregory Asimos,

            Defendant(s),

**FILED MAR - 3 2014**
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law. Therefore, default is entered as authorized by bankruptcy Rule 7055.

|  |
|---|
| Dean Gregory Asimos |

Edward J. Emmons
Clerk of the Court

3/3/14                         By:  Wendy Karnes
Date                                Deputy Clerk

# CERTIFICATE OF MAILING

The undersigned deputy clerk of the United States Bankruptcy Court for the Northern District of California hereby certifies that a copy of the attached document was mailed to all parties listed below as required by the Bankruptcy Code and Rules of Bankruptcy Procedure.

Dated:  March 3, 2014            Wendy Karnes
                                 Deputy Court Clerk

Dean Gregory Asimos
340 Lorton Ave. #215
Burlingame, CA 94010