Rebecca A. Caley (CA Bar No. 131997)
CALEY & ASSOCIATES
A Professional Corporation
265 S. Randolph Avenue, Suite 270
Brea, California 92821-5777
(714) 529-1400 Telephone
(714) 529-1515 Facsimile
rcaley@caleylaw.com
 6600-485

Attorneys for Plaintiff,
Mercedes-Benz Financial Services

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

Santa Rosa Division

| | |
|---|---|
| In re<br><br>Dean Gregory Asimos,<br><br>           Debtor.<br>_____<br>Mercedes-Benz Financial Services USA LLC, fka DCFS USA LLC,<br><br>           Plaintiff,<br><br>  v.<br><br>Dean Gregory Asimos,<br><br>           Defendant.<br>_____ | Case No. 11-13214-AJ 7<br><br>Chapter 7<br><br>Adv. Case No. 14-01017-AJ<br><br><br>PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO VACATE CLERK'S ENTRY OF DEFAULT<br><br><br><br>DATE: May 23, 2014<br>TIME: 10:00 a.m.<br>CTRM: Hon. Alan Jaroslovsky<br>         99 South "E" Street<br>         Santa Rosa, CA 95404 |

TO: THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES

BANKRUPTCY JUDGE, DEFENDANT DEAN GREGORY ASIMOS AND HIS

ATTORNEY OF RECORD:

      Plaintiff Mercedes-Benz Financial Services USA LLC, fka DCFS USA LLC

("Plaintiff") hereby opposes defendant Dean Gregory Asimos' ("Defendant") Motion to

Vacate Clerk's Entry of Default due to defective notice.

The Notice of Hearing received by Plaintiff's counsel provides notice to responding parties that any opposition must be served and filed at least seven (7) calendar days before the hearing date. However, Local Bankruptcy Rule 7007-1(b), provides that: "Any opposition to a motion shall be filed and served <u>at least 14 days</u> before the hearing." [Emphasis added.] [See Declaration of Rebecca A. Caley and the **Exhibit "1"** Notice of Hearing attached to her declaration.]

Prior to filing the within opposition, Plaintiff's counsel attempted to notify Defendant's counsel of the defective notice and to discuss the merits of the case. However, Plaintiff's counsel has been unable to contact opposing counsel. [See Declaration of Rebecca A. Caley in Support of Opposition.]

Therefore, Plaintiff respectfully requests that the Motion be continued, so Defendant can give proper notice.

Dated: May 9, 2014

CALEY & ASSOCIATES
A Professional Corporation

By: /s/ Rebecca A. Caley
Rebecca A. Caley
Attorneys for Plaintiff,
Mercedes-Benz Financial Services
USA LLC, fka DCFS USA LLC