Rebecca A. Caley (CA Bar No. 131997)
CALEY & ASSOCIATES
A Professional Corporation
265 S. Randolph Avenue, Suite 270
Brea, California 92821-5777
(714) 529-1400 Telephone
(714) 529-1515 Facsimile
rcaley@caleylaw.com
 6600-485

Attorneys for Plaintiff,
Mercedes-Benz Financial Services

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

Santa Rosa Division

| | |
|---|---|
| In re<br><br>Dean Gregory Asimos,<br><br>　　　　　Debtor.<br>_____<br>Mercedes-Benz Financial Services USA LLC, fka DCFS USA LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Dean Gregory Asimos,<br><br>　　　　　Defendant.<br>_____ | Case No. 11-13214-AJ 7<br><br>Chapter 7<br><br>Adv. Case No. 14-01017-AJ<br><br>DECLARATION OF REBECCA A. CALEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO VACATE CLERK'S ENTRY OF DEFAULT<br><br>DATE: May 23, 2014<br>TIME: 10:00 a.m.<br>CTRM: Hon. Alan Jaroslovsky<br>　　　　99 South "E" Street<br>　　　　Santa Rosa, CA 95404 |

I, REBECCA A. CALEY, declare as follows:

1. I am an attorney duly licensed to practice law before this court and all the courts for the State of California and am the principal of the law firm of Caley & Associates, the attorneys of record for plaintiff Mercedes-Benz Financial Services USA LLC, formerly known as DCFS USA LLC ("Plaintiff"). I am the attorney assigned

| | |
|---|---|
| 1 | primary responsibility for this case and am therefore the most qualified person to make |
| 2 | this declaration on behalf of this office. I am an individual over the age of 18 years, |
| 3 | with personal knowledge of the facts set forth herein and if called as a witness, I could |
| 4 | and would competently testify hereto. |

2. On or about April 16, 2014, my office received Notice of Hearing of defendant Dean Gregory Asimos' ("Defendant") Motion to Vacate Clerk's Entry of Default in the above-entitled adversary action. The notice states that any opposition shall be served on all parties and filed with the court at least seven (7) calendar days prior to the hearing date. A true and correct copy of the Notice of Hearing is attached hereto marked as **Exhibit "1"** and incorporated herein by this reference.

3. On or about May 6, 2014, my office received a Notice of Change of Address for Defendant's counsel, Sagaria Law, P.C.

4. On May 7, 2014 and twice on May 8, 2014, I telephoned Defendant's counsel, Joe Angelo of Sagaria Law, P.C. and left a message for him that the Notice of Hearing was defective and invited him to call me to discuss the merits of the case. However, to date, I have not received a return call from him.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of May, 2014, at Brea, California.

_____
Rebecca A. Caley
Declarant

SCOTT J. SAGARIA (BAR # 217981)
JOE ANGELO (BAR # 268542)
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 620
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor/Defendant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – DIVISION 1

| | |
|---|---|
| In Re:<br><br>**DEAN ASIMOS,**<br><br>Debtor. | Case No.: 11-13214-AJ<br><br>Adv. No. 14-01017-AJ<br><br>Chapter 7<br><br>**NOTICE OF HEARING** |
| Mercedes-Benz Financial Services USA LLC, fka DCFS USA LLC,<br><br>Plaintiff,<br><br>v.<br><br>Dean Asimos,<br><br>Defendant | Date:     May 23, 2014<br>Time:     10:00am<br>Judge:    Hon. Judge Jaroslovsky<br>Location: 99 South "E" Street<br>            Santa Rosa, CA 95404 |

To the United States Bankruptcy Court, the Honorable Judge Jaroslovsky, the United States Trustee, Mercedes-Benz Financial Services USA LLC, fka DCFS USA LLC, and all other interested parties:

**NOTICE IS HEREBY GIVEN** that on May 23, 2014, at 10:00 a.m. or as soon thereafter as the matter may be heard in the courtroom of Hon. Judge Jaroslovsky of the above-

NOTICE -1-

EXHIBIT "1"

referenced court located at 99 South "E" Street Santa Rosa, CA 95404, debtor/defendant Dean Asimos (hereinafter "Defendant") will move this Court for an Order vacating the entry of default conditionally entered against Defendant.

This matter is being heard on a notice time of twenty-eight (28) days or greater. Any opposition to this motion, if necessary, shall be in writing and shall be served on all parties and filed with the court by the responding party at least seven (7) calendar days prior to the date, or continued hate, of the hearing. Opposition shall be accompanies by evidence establishing factual allegations. Without good cause, no party shall be heard in opposition to the hearing at oral argument is written opposition to the motion has not been timely filed.

**SAGARIA LAW, P.C.**

Dated: April 14, 2014  By:  /s/ Joe Angelo
Joe Angelo
Attorney for Debtor/Defendant