Rebecca A. Caley (CA Bar No. 131997)
**CALEY & ASSOCIATES**
**A Professional Corporation**
**265 S. Randolph Avenue, Suite 270**
**Brea, California 92821-5777**
**714/529-1400 Telephone**
**714/529-1515 Facsimile**
rcaley@caleylaw.com
6600-485

Attorneys for Plaintiff,
Mercedes-Benz Financial Services

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

Santa Rosa Division

| | |
|---|---|
| In re<br><br>Dean Gregory Asimos,<br><br>　　　　Debtor.<br>_____<br>Mercedes-Benz Financial Services USA LLC, fka DCFS USA LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Dean Gregory Asimos,<br><br>　　　　Defendant.<br>_____ | Case No. 11-13214-AJ 7<br><br>Chapter 7<br><br>Adv. Case No. 14-01017-AJ<br><br>STIPULATION TO DISMISS ADVERSARY COMPLAINT<br><br>DATE:　August 18, 2014<br>TIME:　2:00 p.m.<br>PLACE:　99 South E Street<br>　　　　Santa Rosa, CA　95404<br>Hon. Alan Jaroslovsky |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Mercedes-Benz Financial Services USA LLC, fka DCFS USA LLC ("Plaintiff"), by its attorney, Rebecca A. Caley of Caley & Associates and defendant Dean Gregory Asimos ("Defendant"), by his attorney of record, Joe Angelo of

| | |
|---|---|
| 1 | Sagaria Law, P.C., that the above-captioned adversary action be and hereby is |
| 2 | dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1) and Bankruptcy Rule |
| 3 | 7041, and that each party is to bear their own attorneys' fees and costs in this matter. |

Dated: August /2, 2014

CALEY & ASSOCIATES
A Professional Corporation

By: /s/ Rebecca A. Caley
Rebecca A. Caley
Attorneys for Plaintiff,
Mercedes-Benz Financial Services
USA LLC, fka DCFS USA LLC

Dated: August ___, 2014

SAGARIA LAW, P.C.

By: (See Signature On Following Page)
Joe Angelo
Attorneys for Defendant,
Dean Gregory Asimos

Sagaria Law, P.C., that the above-captioned adversary action be and hereby is dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1) and Bankruptcy Rule 7041, and that each party is to bear their own attorneys' fees and costs in this matter.

Dated: August \_\_\_\_\_, 2014

        CALEY & ASSOCIATES
        A Professional Corporation

By: _____
    Rebecca A. Caley
    Attorneys for Plaintiff,
    Mercedes-Benz Financial Services
    USA LLC, fka DCFS USA LLC

Dated: August  8 , 2014        SAGARIA LAW, P.C.


By: *Joe Angelo*
    Joe Angelo
    Attorneys for Defendant,
    Dean Gregory Asimos